**Geralynn A. BARNER, Plaintiff–
Appellant,**

v.

**UNITED STATES DEPARTMENT OF
ENERGY, Defendant–Appellee.**

**No. 14–3462.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 16, 2015. ·

Filed: June 22, 2015..

Geralynn A. Barner, Overland Park, KS,
pro se.

Jeffrey P. Ray, Asst. U.S. Atty., Kansas
City, MO (Tammy Dickinson, U.S. Atty.,
on the brief), for appellee.

Before SMITH, BOWMAN, and
COLLOTON, Circuit Judges.

PER CURIAM.

Geralynn Barner appeals after the district court[1] dismissed for lack of subject matter jurisdiction her pro se action under the Federal Tort Claims Act. Upon careful de novo review, *see Green Acres Enters., Inc. v. United States,* 418 F.3d 852, 856 (8th Cir.2005); *see also FDIC v. Meyer,* 510 U.S. 471, 475, 114 S.Ct. 996, 127 L.Ed.2d 308 (1994), we conclude that the dismissal was proper, *see* 42 U.S.C. § 7385c; *United States v. Demko,* 385 U.S. 149, 151, 87 S.Ct. 382, 17 L.Ed.2d 258 (1966); *Alexander v. United States,* 500 F.2d 1, 2–3 (8th Cir.1974); *cf. Woerth v. United States,* 714 F.2d 648, 650 (6th Cir. 1983). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.